TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (510) 970-4825
    Facsimile:  (415) 744-0134
    E-Mail:  Jennifer.A.Kenney@ssa.gov
Attorneys for Defendant Commissioner of Social Security

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| JOSE ANGEL ALENCASTRO,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 5:21-cv-00378-AFM<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

      The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of

Social Security for further proceedings consistent with the Stipulation to Remand.

Date: 1/24/2022

_____
HON. ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE