**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANGEL ALENCASTRO,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 5:21-cv-00378-AFM<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,360.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   2/16/2021

_____
THE HONORABLE ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | DATE: February 15, 2022 | Respectfully submitted, |
| 2 | | LAW OFFICES OF LAWRENCE D. ROHLFING INC., CPC |
| 3 | | /s/ *Lawrence D. Rohlfing* |
| 4 | | BY: _____ |
| | | Lawrence D. Rohlfing |
| 5 | | Attorney for plaintiff Jose Angel Alencastro |